| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
| 2 | United States Attorney |
|   | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| 4 | Chief, Civil Division |
|   | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| 6 | Senior Trial Attorney, Civil Division |
|   | ELIZABETH LANDGRAF, CSBN 313184 |
| 7 | Special Assistant United States Attorney |
| 8 |    Office of Program Litigation, Office 7 |
|   |    Office of the General Counsel |
| 9 |    Social Security Administration |
|   |    6401 Security Boulevard |
| 10|    Baltimore, MD 21235 |
|   |    Tel: 510-970-4828 |
| 11|    E-mail: Elizabeth.Landgraf@ssa.gov |

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. MARTINEZ, | No. 5:23-cv-02509-CBM-SSCX |
| Plaintiff, | |
| v. | JUDGMENT OF REMAND [JS-6] |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant. | |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: MAY 16, 2024

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE